IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. ALEXANDER,

    Plaintiff,

v.

DR. JAMES RICHTER and
MEREDITH MASHAK,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-766-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dr. James Richter and Meredith Mashak granting their motion for summary judgment and dismissing this case.

| /s/ | 11/22/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |