Michael A. Alexander,
          Plaintiff,

V.

Dr. James Richter, et al.,
          Defendant.

Case No.
15-CV-0766-wmc

---

**Notice of Appeal**

---

On November 22, 2017 the District Court entered an order granting both defendants'

motion for summary judgment. The court also denied four motions submitted by Mr.

Alexander. On April 10, 2017 the District Court denied an appeal that had been filed

under Fed.R.Civ.P. #72. **(See)** Docket, #56. By this document, Mr. Alexander gives

notice of his intent to appeal all six of the aforementioned judgments to the Seventh

Circuit Court of Appeals.

Dated this _15_ day of _January_ , _2018_.

Mailing Address
Michael Alexander
458450
P.O Box 900
Portage, WI 53901

Submitted By:

M. Alexander/